IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

    v.                            No. 4:09 CR 34-002

JAMES E. HOOKER

## **NOTICE OF APPEAL**

    COMES NOW, James E. Hooker, through counsel, and hereby notes his appeal to the Fourth Circuit of the judgment and decision entered in this court on November 24, 2009, and pronounced on November 18, 2009.

                            JAMES E. HOOKER

        By _____/s/_____
                      James S. Ellenson
                      Virginia State Bar No. 20621
                      Attorney for James E. Hooker
                      2600 Washington Ave
                      Newport News, Va 23607
                      Tel. 757-244-4445
                      Fax 757-245-5535
                      E-mail: jseatty@aol.com